UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-10023-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

GARRETT JEROME McADAMS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Evidence **[ECF No. 18]**, filed on April 3, 2019.

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow, and accordingly, the Magistrate Judge conducted an evidentiary hearing on April 12, 2019. A Report and Recommendation **[ECF No. 27]** was filed on April 14, 2019, recommending that Defendant's Motion to Suppress Evidence be denied.

The parties were afforded the opportunity to file written objections to the report, and the record reveals that during a change of plea hearing on April 25, 2019 before the undersigned, counsel for the defendant stated on the record that no objections will be filed to this report.

After a *de novo* review of the Record and Magistrate Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation **[ECF No. 27]** is hereby **ADOPTED AND APPROVED** in its entirety. Defendant's Motion to Suppress **[ECF No. 18]** is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2019.

                                      JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record